**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 03, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| In re: ) | Case No. 11-30201 |
| ) | |
| MICHELLE KATHLEEN EMMONS, ) | Chapter 7 |
| ) | |
| Debtor. ) | Judge Humphrey |
| ) | |
| _____ ) | |

**ORDER GRANTING MOTION OF UNITED STATES TRUSTEE**
**TO DISGORGE FEES PURSUANT TO 11 U.S.C. § 329**

This matter is before the Court on the Motion of the United States Trustee to Review Fees Pursuant to § 329 [Doc. # 16]. The applicable notice period having passed and there being no responses or objections filed to the Motion, it is hereby ordered that the Motion of the United States Trustee is granted.

Attorney Diana Khouri ("Counsel") is hereby Ordered to return all fees charged in this case ($1199.00) to the Debtor within seven (7) days from the date of this Order. Counsel is further ordered to file a certification with the Court verifying compliance with this Order within fourteen (14) days from the date of this Order.

Should Counsel fail to comply with the provisions of this Order, the Motion of the United States Trustee will be returned to the docket of this Court for further hearing and review, including the potential for sanctions, consistent with this Order.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ MaryAnne Wilsbacher
MaryAnne Wilsbacher (0055764)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
(614) 469-7411 ext. 212
FAX 469-7448
MaryAnne.Wilsbacher@usdoj.gov

Parties to be served:
Default List

# # #