**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 24, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-30201 |
| | ) | |
| MICHELLE KATHLEEN EMMONS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Humphrey |
| | ) | |

### AGREED ORDER DISMISSING CASE

This matter came on for consideration, the U.S. Trustee's Motion to Dismiss Pursuant to 11 U.S.C. §§ 707(b)(2) or 707(b)(3) with Memorandum and Affidavit in Support Thereof [Docket No. 18] and the Notice of the Motion [Docket No. 19], having been filed on April 21, 2011, and having been served on all creditors and parties in interest. The Court's record reflects no Objections or Responses having been timely filed thereto, so the parties hereby agree to resolve this matter by the Debtor voluntarily dismissing this case. Accordingly, based on the Motion and the record before the Court, the Court hereby grants the U.S. Trustee's Motion to Dismiss this Chapter 7 case. Good cause showing, therefore;

**IT IS HEREBY ORDERED**, in light of the agreement between the parties, that the U.S. Trustee's Motion to Dismiss is **GRANTED.**

**IT IS HEREBY FURTHER ORDERED** that this bankruptcy case is **DISMISSED** without prejudice under 11 U.S.C. §§ 707(b)(2) and 707(b)(3).

**IT IS SO ORDERED.**

APPROVED AS TO FORM AND CONTENT BY:

 /s/ Jeremy Shane Flannery
Jeremy Shane Flannery (NC Bar #27826)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 224
Facsimile: (614) 469-7448
Email: Jeremy.S.Flannery@usdoj.gov

 /s/ Diana Khouri per telephonic authorization dated May 19, 2011, and email authorization dated May 20, 2011
Diana Khouri, Esq. (0067530)
Attorney for the Debtor
6300 Rockside Road, Suite 204
Cleveland, OH 44131
Telephone: (866) 964-7275
Email: Dianakhouriohio@gmail.com

Copies to: Default List Plus Additional Parties

HSBC Bank Nevada, NA
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

# # #